IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER LEE CANTELUPE** | : | CIVIL ACTION NO. 1:15-cv-410 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the above captioned action is a December 17, 2015 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. Accordingly, this 5th day of January 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito.

2) The decision of the Commissioner of Social Security is **AFFIRMED**.

3) Plaintiff's request for award of benefits is **DENIED**.

4) The Clerk of Court shall **CLOSE** the case.

                                                                                                    s/ Yvette Kane
                                                                                                    YVETTE KANE, District Judge
                                                                                                     United States District Court